UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

ELLOYD JOHNSON
    PETITIONER-MOVANT

V.

TEXAS BOARD OF PARDONS AND PAROLES
    RESPONDENT.

CIVIL ACTION NO. 9:18CV85-RC-ZJH


FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS AUG - 8 2019 BY DEPUTY

## LEAVE FOR DEFAULT RULE 55. FRCP DEFAULT
## JUDGMENT

PETITIONER-MOVANT MOVES INCOMPLIANCE WITH FED. R. CIV. PROC. RULE 55 DEFAULT JUDGMENT ENTERING UNDER R.55 (a)(b)(1) OR (2)(C)(D).

### BRIEF HISTORY CLAIM

PETITIONER FILED IN THIS STATE U.S. DISTRICT COURT CLAIMS ALLEGING PRISON OFFICIALS DISCIPLINARY RESULTS IN DENYING PETITIONER UNIT INTERVIEW FOR RELEASE ON MANDATORY SUPERVISION... WHERE THE TEXAS BOARD OF PARDONS AND PAROLES FAILURE TO NOTIFY PETITIONER.. WHETHER, PETITIONER WAS GRANTED OR DENIED PAROLE RELEASE OR WHAT REASONS OR REASON WAS REASONABLE TO DENY RELEASE??

THE BOARD AND PARDONS AND PAROLES HAVE RESPONDED THREE (3) DENIED RELEASE DOCUMENTS OVER A 15 YEAR MANDATORY-SUPERVISION PROSPECT AFTER 22+ YEARS INCARCERATED.

# LEGAL ANALYSIS

WHEN A PARTY AGAINST WHOM A JUDGMENT FOR RELIEF IS SOUGHT HAS FAILED TO PLEAD OR DEFEND THE CLERK MUST ENTER THE PARTY'S DEFAULT.

THE BPP IS NOT OF MINOR NOR AN INCOMPTENT PERSON.

THE DEFAULT JUDGMENT BY DECISION OF THE COURT MAY CONDUCT HEARINGS OR MAKE REFERRALS — PRESERVING ANY FEDERAL STATUTORY RIGHT TO A JURY TRIAL — WHEN, TO ENTER OR EFFECTUATE JUDGMENT IT NEEDS TO:

(C) ESTABLISH THE TRUTH OF ANY ALLEGATIONS BY EVIDENCE; OR

(D) INVESTIGATE ANY OTHER MATTER.

## LEGAL ANALYSIS ORDER
## BY U.S. DISTRICT COURT

"IT IS OF THE OPINION OF THE UNDERSIGNED THAT CLAIMS REGARDING THE DISCIPLINARY WITH THE COURT" HAMMON V. ADAMS., "REGARDING THE DISCIPLINARY CONVICTION AND CLAIMS CONCERNING MANDATORY SUPERVISION SHOULD PROCEED AS SEPARATE CIVIL ACTIONS..." CITING FRCP 21. WITH ORDERING THE CLERK TO "ASSIGN A NEW CIVIL ACTION NUMBER" UNDER ALLOTMENT.

## CONCLUSION

FOR THE FOREGOING REASONS SET OUT IN THIS "LEAVE FOR DEFAULT RULE 55, FRCP DEFAULT JUDGMENT" PETITIONER-MOVANT ASK THIS U.S. DISTRICT COURT GRANT RELIEF SOUGHT SUA SPONTE.

_____
PETITIONER-MOVANT-PAUPER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

OFFICE OF THE CLERK

AUG. 5, 2019


HONORABLE UNITED STATES DISTRICT COURT, EASTERN DISTRICT, DAVID A. O'TOOLE, CLERK.
UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TEXAS
104 NORTH THIRD STREET
LUFKIN, TEXAS 75901

RE: ELLOYD JOHNSON V. TEXAS BOARD OF PARDONS AND PAROLES
CIVIL ACTION NO. 9:18 CV 85-RC-ZJH

DEAR MR. O'TOOLE:

ENCLOSED FOR FILING IS PETITIONER-MOVANT "LEAVE FOR DEFAULT RULE 55, FRCP DEFAULT JUDGMENT."

PLEASE GIVE NOTICE UPON RECEIPT.

THANK YOU RESPECTFULLY FOR YOUR ASSISTANCE.

SINCERELY,

_____
PETITIONER-MOVANT-PAUPER

c/c PROVIDER UPON REQUEST
    EJ

Elloyd Johnson #840854
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

North Houston TX 773
06 AUG 2019 PM 1 L

United States District Court
Eastern District of Texas
Office of the Clerk
104 North Third Street
Lufkin, Texas 75901