UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

ELLOYD JOHNSON
    PETITIONER,

V.                              CIVIL ACTION NO. 9:18CV85
                                   SEPARATE ENTRY CIV. ACTION NO. ????

TEXAS BOARD OF PARDONS AND PAROLES,
    RESPONDENT.

## OBJECTION TO THE MAGISTRATE'S R.R. ENTRY
## CIVIL ACTION RESPONDENT'S NAME APPEARENCE
# IMPROPER

PETITIONER MOVES IN COMPLIANCE WITH 28.U.S.C. § 636 OF FRCP IN ORDER TO PROCEED PROPERLY UNDER SHOW CAUSE ORDER WHERE THE RESPONDENT IS IMPROPER AND THE CLERK OF THE COURT HAVE FAILED TO ASSIGN A NEW CIVIL ACTION NUMBER.

## BRIEF HISTORY OF CASE

PETITIONER FILED IN THIS U.S. DISTRICT COURT UNDER CIV. ACTION NUMBER 9:18-CV-85 WHERE THIS COURT "ORDERED THAT CLAIMS CONCERNING THE TEXAS BOARD OF PARDONS AND PAROLES DECISION TO DENY PETITIONER MANDATORY SUPERVISION" WAS SEVERED...

# LEGAL ANALYSIS

FEDERAL RULES OF CIVIL PROCEDURE 21 ALLOWS THE COURT TO SEVER CLAIMS BROUGHT IN THE SAME ACTION, SEE HAMMONS V. ADAMS 786 F.2d 1253 (5TH CIR. 1986) THE U.S. DISTRICT COURT MAGISTRATE ORDERED "THE CLERK OF THE COURT IS DIRECTED TO A NEW CIVIL ACTION NUMBER AND ASSIGN THE NEW PETITION ACCORDING TO THE REGULAR PRACTICE FOR ALLOTMENT OF NEWLY FILED CIVIL ACTION. ALL CLAIMS CONCERNING PETITIONER'S DISCIPLINARY ACTION IN #20180080762 SHALL REMAIN IN THE ABOVE STYLED CAUSE NUMBER" WHICH HAVE NOT BEEN CONDUCTED AT.. THIS TIME. WHATS EXTRAORDINARY IN THE PROCEEDINGS OF THE SHOW CAUSE ORDER AND THE MAGISTRATE'S R.R. REGARDING DEFAULT IS THE FACT THAT TEXAS BOARD OF PARDONS AND PAROLES IS NOT DOCUMENTED UNDER ORDERED RESPONDENT NAME OR TITLED?

THE PROPER FORM OF ADDRESSING THE NEW-FILED CIVIL ACTION ON BY ORDER OF THE COURT ON MAY 31, 2018 HAS NOT BEEN CONDUCTED OR PROCESSED AS.. MAGISTRATE'S ORDER OVER A YEAR!?? AS TEXAS BOARD OF PARDON AND... PAROLES TO PERSERVE IN A RELATIVELY PERMANENT FORM AS THE SOLE RESPONDENT OR CIVIL ACTION NUMBER AS ORDERED BY MAGISTRATE?

# CONCLUSION

FOR THE FOREGOING REASONS SET OUT IN THIS "OBJECTION TO THE MAGISTRATE'S REPORT AND RECOMMENDATION ENTRY CIVIL ACTION RESPONDENT'S NAME.... APPEARENCE IMPROPER" PETITIONER ASK THIS U.S. DISTRICT COURT TO COME IN COMPLIANCE WITH THE MAGISTRATE'S PREVIOUS FILED ORDER ON MAY 31, 2018 BY GRANTING RELIEF SOUGHT SUA SPONTE OR GRANTING PETITIONER'S MOTION FOR DEFAULT JUDGMENT SUA SPONTE.

PETITIONER - PAUPER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

OFFICE OF THE CLERK

SEPT. 10. 2019

HONORABLE UNITED STATES DISTRICT COURT, EASTERN DISTRICT, DAVID A. O'TOOLE, CLK.
UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TEXAS
104 NORTH THIRD STREET
LUFKIN, TEXAS 75901
RE: ELLOYD JOHNSON V. TEXAS BOARD OF PARDONS AND PAROLES
    SEPARATE CIVIL ACTION NO. 9:18-CV-85

DEAR MR. O'TOOLE:

ENCLOSED FOR FILING IS PETITIONER'S "OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATION ENTRY CIVIL ACTION RESPONDENT'S NAME APPEARENCE I M P R O P E R"

     PLEASE GIVE NOTICE UPON RECEIPT.

THANK YOU RESPECTFULLY FOR YOUR ASSISTANCE.

            SINCERELY
C/C  PROVIDED UPON REQUEST
  EJ
            PETITIONER - PAUPER

ELLOYD JOHNSON #840854
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351





UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
104 N. THIRD ST.
LUFKIN, TEXAS 75901